BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Defendant
ALYNCIA ELLIOT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:14-CR-103 LJO SKO |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AND ORDER** |
| vs. | |
| ALYNCIA ELLIOT, | |
| Defendant. | |

The undersigned defendant, Alyncia Elliot, having been advised of her right to be present at all stages of proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, and allow her attorney to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice

-1-

to defendant of the requirement of her appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.43(b)(3).

I declare under penalty of perjury that the foregoing is true and correct

Executed this 9th day of June, 2014

/s/Alyncia Elliot
ALYNCIA ELLIOT

AGREED BY COUNSEL:

DATED:  June 11, 2014        Barbara Hope O'Neill
BARBARA HOPE O'NEILL
Attorney for Defendant, ALYNCIA ELLIOT

**ORDER**

IT IS SO ORDERED.

Dated:   **June 23, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE