1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11  **UNITED STATES OF AMERICA,**        **CASE NO.  1:14-CR-0000103 LJO**

12                    **Plaintiff,**     **ORDER DISMISSING THE INDICTMENT AS
                                          TO ALYNCIA ELLIOT**
13

14  **ALYNCIA ELLIOT,**

15                    **Defendant.**

16

17      The United States of America ("the government"), by and through Phillip A. Talbert, Acting

18  United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, orally moved for

19  dismissal of the indictment against the above-referenced defendant on July 18, 2016.  The Court granted

20  the motion;

21      On the basis of good cause, to serve the interest of justice, and upon oral motion of the

22  government pursuant to Fed. R. Crim. P. 48(a), the indictment as to ALYNCIA ELLIOT has been

23  dismissed without prejudice as of July 18, 2016.

24

25  IT IS SO ORDERED.

26      Dated:   __**August 1, 2016**__        _____/s/ Lawrence J. O'Neill_____

27                                             UNITED STATES CHIEF DISTRICT JUDGE

28

                                   1